# IN THE SUPREME COURT OF THE STATE OF NEVADA

GENE BALSOM, AN INDIVIDUAL; AND GENCO ENT., LLC, A/K/A GENCO INTERPRISE, LLC, A ARIZONA LIMITED LIABILITY COMPANY,

Appellants,

vs.

LEONARD INDELICATO, INDIVIDUALLY, AS TRUSTEE OF THE L.A. INDELICATO TRUST DATED AUGUST 12, 2013, AS TRUSTEE OF THE SURVIVOR'S TRUST UNDER THE INDELICATO REVOCABLE TRUST, DATED JANUARY 14, 2002, AND AS TRUSTEE OF THE EXEMPTION TRUST UNDER THE INDELICATO REVOCABLE TRUST, DATED JANUARY 14, 2002; PETER CIMINO, A/K/A PIETRO CIMINO, AN INDIVIDUAL; CASTLE ROCK HOLDINGS LLC, A NEVADA LIMITED LIABILITY COMPANY; AND CASTLE ROCK BAR & GRILL, LLC, A NEVADA LIMITED LIABILITY COMPANY,

Respondents.

No. 80906

FILED

JUN 1 2 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellants' motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

20-22047

cc: Hon. Timothy C. Williams, District Judge
Santacroce Law Offices, Ltd.
Garman Turner Gordon
Peter Cimino
Eighth District Court Clerk